JS-6

Sima G. Aghai, SBN 156354
LAW OFFICES OF SIMA G. AGHAI
7827 Westminster Boulevard
Westminster, CA 92683
(714) 901-1222
(714) 901-1220 (F)
simaaghai@msn.com

Attorney for Plaintiff  LEANNE ALLIENE BLOKDYK

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEANNE ALLIENE BLOKDYK ) | CASE NO. 8:18-CV-880-JFW-ADS |
| Plaintiff ) | |
| v. ) | ORDER DISMISSING |
| ) | ACTION WITH PREJUDICE |
| NANCY A. BERRYHILL, ) | |
| Acting Commissioner of Social ) | |
| Security, ) | |
| Defendant ) | |

Based upon the stipulation of the parties, this action is dismissed with prejudice, each side to bear their own costs and attorneys' fees.

DATED: Oct. 12, 2018            /s/ Autumn D. Spaeth
                                HON. AUTUMN D. SPAETH
                                UNITED STATES MAGISTRATE JUDGE

Order For Dismissal
1